UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NUMBER: 8:09-CR-106-T-23MAP

CHRISTOPHER S. ROBINSON
_____/

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

The Defendant, Christopher S. Robinson, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Mark A. Pizzo on July 8, 2009. The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Christopher S. Robinson be adjudicated guilty.

3. Sentencing is set for October 8, 2009 at 10:30 before Senior Judge William J. Castagna. Courtroom to be announced.

**Counsel are reminded of requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.**

DONE and ORDERED at Tampa, Florida this _29th_ day of July, 2009.

WILLIAM J. CASTAGNA
Senior United States District Judge

Copies to: Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshal Services
Defendant c/o Counsel of Record